IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| Steven Zioba, | ) | C/A NO.: 4:16-CV-02379-BHH-TER |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER ALLOWING THE** |
| | ) | **PRODUCTION OF RECORDS** |
| City of Myrtle Beach and John Doe | ) | |
| Policeman, both individually and in their | ) | |
| capacity as Myrtle Beach Police Officers, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

This matter is before the Court upon Motion (Document # 10) of the parties requesting that the Court enter an Order allowing the production of certain records related to the disorderly conduct charge against Plaintiff on July 26, 2015, currently held by the City of Myrtle Beach Police Department. It appears that pursuant to § 17-1-40 of the South Carolina Code of Laws, as amended, an Order was entered expunging the records related to the disorderly conduct charge against the Plaintiff, and the City of Myrtle Beach Police Department is currently holding certain records under seal. The parties agree that the records are relevant to and needed for the litigation of this matter, and, pursuant to § 17-1-40(c)(1), they request an Order of this Court allowing the disclosure of these records. The parties agree that any social security numbers and dates of birth be redacted and the identity of the "victim," who was a minor at the time, not be disclosed. It is, therefore,

ORDERED that the Defendant shall produce to Plaintiffs all records, including video recordings, related to those matters for which the Plaintiff was questioned, detained and arrested on July 26, 2015; provided that any social security number and dates of birth be redacted and the identity of the victim not be disclosed.

 s/Thomas E. Rogers, III
The Honorable Thomas E. Rogers, III
United States Magistrate Judge

February 16, 2017
Florence, South Carolina